UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR02-221-JCC |
| Plaintiff, | ) | |
| v. | ) | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| ERICA DENISE HARDY, | ) | |
| Defendant. | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on September 9, 2008. The United States was represented by AUSA Karyn Johnson and the defendant by Allen Bentley. The proceedings were digitally recorded.

Defendant had been sentenced on or about April 23, 2003, by the Honorable John C. Coughenour on a charge of Bank Fraud, and sentenced to 15 months custody, 5 years supervised release. (Dkt. 32.)

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in a drug treatment program, be prohibited from consuming alcohol, submit to search, pay restitution in the amount of $67,536.77, provide access to financial

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

information, maintain a single checking account for all financial transactions, disclose all assets and liabilities, be prohibited from obtaining new credit obligations without permission, and not possess any identification documents in any but her true name.

On December 15, 2003, the conditions of supervision were modified to extend her term in a halfway house, pending development of an appropriate release plan. (Dkt. 35.)

On June 21, 2004, defendant's probation officer reported that defendant had violated the conditions of release by using cocaine. Defendant was reprimanded and placed in a structured testing program. No further action was taken at the time. (Dkt. 38.)

On January 6, 2005, defendant admitted violating the conditions of release by using cocaine, marijuana, and alcohol, by failing to make restitution payments, by failing to participate in substance abuse testing, by failing to report to her probation officer, by failing to follow the instructions of her probation officer, and by failing to report for urinalysis testing. (Dkt. 45.) The conditions of release were modified on January 21, 2005 to require residence in a halfway house for up to 120 days. (Dkt. 48.) Additional allegations of violation of supervised release were filed on February 2, 2005, alleging use of cocaine and marijuana, and failure to reside in and satisfactorily participate in the halfway house placement. (Dkt. 50.) On April 22, 2005, defendant was sentenced to four months imprisonment, 48 months supervised release. (Dkt. 58.)

Defendant's probation officer filed a report on September 29, 2006, alleging that defendant had violated the conditions of supervised release by using marijuana. Defendant was reprimanded, place in a structured and more frequent testing program and referred for intensive outpatient treatment. No further action was taken at the time. (Dkt. 59.) On November 17, 2006, defendant was ordered to satisfactorily participate in a halfway house placement for up to 120 days. (Dkt.

60.)

In an application dated August 7, 2008 (Dkt. 62), U.S. Probation Officer Michael M. Markham alleged the following violations of the conditions of supervised release:

1. Using marijuana on or before February 15, 2008, and July 21, 2008, in violation of standard condition #7.

2. Failing to submit supervision report forms for the months of May, June and July 2008, in violation of standard condition #2.

3. Failing to make a monthly restitution payment for the months of April, May and June 2008, in violation of a general condition of supervised release.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted alleged violation number 1 and waived any evidentiary hearing as to whether it occurred. (Dkt.64.) The government moved to dismiss alleged violations 2 and 3.

I therefore recommend the Court find defendant violated her supervised release as alleged in violation 1, that the Court dismiss violations 2 and 3, and conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Coughenour

Pending a final determination by the Court, defendant has been released on the conditions of supervision.

DATED this 9th day of September, 2008.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable John C. Coughenour
AUSA: Karyn Johnson
Defendant's attorney: Allen Bentley
Probation officer: Michael M. Markham

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -4